**Dworken Bernstein**
A Full Service Law Firm

| | | |
|---|---|---|
| Patrick J. Perotti*** | Frank A. Bartela | Howard W. Bernstein* |
| Irving Rosner | Patrick J. Brickman | Marvin P. Dworken* |
| Patrick T. Murphy | Joseph N. Cindric | Alec Berezin* |
| Richard N. Selby II°°° | Jim Timmerberg | Keith R. Kraus* |
| Kenneth J. Cahill | Daniel J. Williams | |
| Erik L. Walter°° °°° | Christian D. Foisy | David M. Dworken^ |
| Anna M. Parise | Anthony M. D'Attoma | David J. Richards, Jr.^ |
| Kristen M. Kraus | Rigel A. Ariza | Jodi Littman Tomaszewski^ |
| Nicole T. Fiorelli | Talia E. Stewart | Melvyn E. Resnick^ |
| Joshua J. Strickland | | |
| Amanda Ackerman Condon | | *Retired |
| Grant J. Keating | | ^Deceased |
| | Of Counsel – Gary S. Okin | ***Board Certified in |
| | Of Counsel – Howard S. Rabb | Employment Law |
| | Of Counsel - Kim Alabasi | °°Also Admitted to Practice in Michigan |
| | | °°°Also Admitted to Practice in Montana |

Please respond to:    writer's e-mail: pbrickman@dworkenlaw.com

Painesville Office
June 20, 2025

**VIA CM/ECF**
Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

**RE:** *Pini v. Sullivan County*, Case No. 7:25-cv-02194-JGLC
Letter Motion and Notice to Court re: Service Issue and Upcoming Dates

Dear Judge Clarke:

On March 17, 2025, Plaintiffs filed this action, concurrently requesting this matter been administratively related to *Cavaluzzi et al. v. Sullivan County*, Case No. 1:23-cv-11067-PAE as Plaintiffs' claims in both cases purport to seek recovery for the same conduct against the same defendant, except this matter seeks relief for a Rule 23 putative class. However, Judge Engelmayer (the Judge presiding over the *Cavaluzzi* matter) denied such request. Subsequently on June 11, 2025, Electronic Summons was issued as to Defendant Sullivan County. Doc. 12. However, that summons has not reached Defendant as of yet.

Plaintiffs have been in contact with counsel for Defendant in the *Cavaluzzi et al. v. Sullivan County*, Case No. 1:23-cv-11067-PAE matter, who have confirmed they will be counsel for Defendant in the present matter. As such, they are generally aware of the case, but will not accept service for Defendant Sullivan County. As a result, service has not been perfected.

Therefore, the undersigned respectfully requests the dates set by the Court's Order of Doc. 5 for a) the meet and confer, submission of a joint letter with a joint proposed Civil Case Management Plan and Scheduling Order, and b) subsequent Initial Pretrial

*Pini v. Sullivan County*
Case No. 7:25-cv-02194-JGLC
Page 2 of 2

Conference with the Court (June 23, 2025 and June 30, 2025, respectively) be adjourned and re-set pending effectuation of service (which will be accomplished shortly).

                Respectfully submitted,

                */s/ Patrick J. Brickman*
                Patrick J. Brickman, Esq.
                DWORKEN & BERNSTEIN CO., LPA
                60 South Park Place
                Painesville, OH 44077
                (440) 352-3391 // (440) 352-3469
                Email: *pbrickman@dworkenlaw.com*

                *One of Counsel for Plaintiffs*

cc: All Counsel of Record via ECF

Application GRANTED. The conference on June 30, 2025 and deadlines for related submissions are ADJOURNED *sine die*. The Clerk of Court is directed to terminate ECF No. 13.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: June 23, 2025
       New York, New York