UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID M. PINI, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    -against-<br><br>SULLIVAN COUNTY, New York, individually and on behalf of all others similarly situated,<br><br>       Defendant(s). | 25-CV-2194 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  On June 23, 2025, the Court adjourned deadlines for an initial conference and related submissions pending completion of service. ECF No. 14. Now that Defendant has answered the Complaint, ECF No. 19, counsel for parties are directed to appear for an initial pretrial conference with the Court on **September 17, 2025** at 11:00 a.m. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 173743294#.

  Counsel are directed to follow the instructions at ECF No. 5 and to file the described joint status letter and proposed case management plan by **September 10, 2025**.

Dated: August 21, 2025
    New York, New York

                    SO ORDERED.

                    *Jessica Clarke*

                    JESSICA G. L. CLARKE
                    United States District Judge